**RECEIVED**
NOV - 1 2002
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

**FILED**
NOV - 5 2002
U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

JOHN P. HINDER and ) 
TONYA HUNTER, )
 )
      Plaintiffs, )
 )    Cause No. 4:02CV01336 FRB
vs. )
 )
SBC TELECOMMUNICATIONS, INC. )
and AT&T, )
      Defendants. )

*Leave to file, nunc pro tunc as of 10/29/02, granted.*
*Fredrick R. Buckles*
*11/5/02*

### DEFENDANT SOUTHWESTERN BELL TELEPHONE COMPANY'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW defendant SBC Telecommunications, Inc. ("SBC"), by and through its undersigned counsel, and for its Answer and Affirmative Defenses, states as follows:

#### ANSWER:

1. SBC lacks sufficient information to either admit or deny the allegations contained in Paragraph 1, and thereby denies the same.

2. SBC lacks sufficient information to either admit or deny the allegations contained in Paragraph 2, and thereby denies the same.

3. SBC denies the allegations contained in Paragraph 3.

4. The allegations contained in Paragraph 4 are legal conclusions that require no further response. To the extent that the allegations contained in Paragraph 4 require response, such allegations are denied.

5. The allegations contained in Paragraph 5 are legal conclusions that require no further response. To the extent that the allegations contained in Paragraph 5 require response, such allegations are denied.

19

UNITED STATES DISTRICT COURT
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 11/06/02 by jjones
                4:02cv1336    Hunter vs AT&T Comm Inc.

28:1332 Diversity-Personal Injury

```
Terese Drew    -  3013         Fax: 314-421-2880
L. Goldblatt   - 68327         Fax: 314-621-3136
Melissa Pesce  - 59612         Fax: 314-247-0881
```

SCANNED & FAXED BY

NOV - 6 2002

KH