RECEIVED IN THE UNITED STATES DISTRICT COURT

MAY - 2 2003 FOR THE EASTERN DISTRICT OF MISSOURI

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

EASTERN DIVISION

| | |
|---|---|
| John Hunter and Tonya Hunter | ) Case No.: **4:02 CV 1336 FRB** consolidated |
| | ) with 4:02 CV 1472 FRB |
| Plaintiffs, | ) |
| | ) Motion for Dismissal Without Prejudice |
| Vs. | ) |
| | ) |
| Cingular LLC | ) |
| | ) *So Ordered.* |
| Defendants | ) *Fredrick e. Buckles* |
| | ) *5/7/03* |

Comes now, L. Steven Goldblatt, Esq. On behalf of plaintiffs and moves to dismiss without

prejudice pursuant to Fed R. Civ. Pro. 41 (a) (2) defendants ATT, SBC Telecommunications

Inc., and Southwestern Bell Wireless LLC, and Southwestern Bell Mobile Systems LLC.

Dated this 2 day of May, 2003

By: _____

L. Steven Goldblatt #68327
L. Steven Goldblatt Esq.
7771 Carondelet Ave.
Suite 900
St. Louis MO 63105
314-754-1966
314-726-3114 ( Fax)

Appearance - 1

*40*

INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 05/07/03 by kspurgeo
               4:02cv1336     Hunter vs AT&T Comm Inc.

28:1332 Diversity-Personal Injury

```
Mike Bartolacci -  29110        Fax: 314-552-7454
L. Goldblatt -  68327           Fax: 314-726-3114
Nicholas Lamb -  3633           Fax: 314-552-7291
John Medler -  11945            Fax: 314-247-1962
Melissa Pesce -  59612          Fax: 314-247-0881
```

SCANNED & FAXED by
MAY - 7 2003
C. D. D.

*Copy mailed to:*

*Terese Drew*

*Hinshaw + Culbertson*

*1010 Market, Ste. 1400*

*St. Louis, 63101*